THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY
v. S. P. WATSON.

ACTION by *Watson* against the *Railway Company*, to quiet his title to certain land in Chase county. February 8, 1879, in the district court of that county, *Watson* recovered a judgment against the defendant company, which brings the case here.

*D. Kelso,* for plaintiff in error.

*S. N. Wood,* and *C. M. Foster,* for defendant in error.

St. L. K. & A. Rly. Co. v. Cobb.

*Per Curiam:* As it is admitted that the facts in this case are substantially the same as those in *Missouri, Kansas & Texas Railway Company v. Amos Noyes*, ante, p. 340, the judgment will be affirmed, upon the authority of that case.